# Third District Court of Appeal
## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-403
Lower Tribunal No. 11-5566
_____

**Alejandro Cantero,**
Appellant,

vs.

**HSBC Bank USA, N.A.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellant.

Liebler Gonzalez & Portuondo, and Mary J. Walter, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Stacknik v. U.S. Bank Nat'l Ass'n as Tr., MASTR Adjustable Rate Mortgs. Tr. 2007-3 Mortg. Pass-Through Certificates, Series 2007-3</u>, 283 So. 3d 981, 983–84 (Fla. 2d DCA 2019) (affirming final judgment of foreclosure finding that evidence of the default notice, the mailing log and customer service notes indicating that the default notice had been mailed was sufficient to establish compliance with paragraph 22 of the mortgage); <u>CitiBank, N.A. for WAMU Series 2007-HE2 Tr. v. Manning</u>, 221 So. 3d 677, 681–82 (Fla. 4th DCA 2017) (holding that evidence of the breach letter and testimony that the letter "went out" by a witness with personal knowledge as to the Bank's regular business practice of mailing breach letters was sufficient to raise a presumption that the breach letter was indeed mailed to Borrower via first class mail in compliance with the mortgage's notice requirements).